IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

JEROME EDWARD WASHINGTON                                                              PLAINTIFF

v.                                        Case No. 4:22-cv-04040

KEEGAN DAIGLE; KEITH MOORE; RON
STOVALL; DANIEL HINES; JEFFIE WALKER;
MS. MILLER; MR. ADAMS; MS. LISA; MR.
KING; and JOHN & JANE DOE                                                             DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed March 27, 2023, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 38. Plaintiff Jerome Edward Washington has not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1).

Being well and sufficiently advised, and finding no clear error on the face of the record, the Court adopts the Report and Recommendation *in toto*.

Accordingly, pursuant to 28 U.S.C. § 1915A(b)(1), Plaintiff Washington's claims against Defendant Keegan Daigle are hereby **DISMISSED WITH PREJUDICE** for failure to state a claim.

Pursuant to 28 U.S.C. § 1915A(b)(1), Plaintiff Washington's individual capacity claims against Defendant Ron Stovall are hereby **DISMISSED WITH PREJUDICE** for failure to state a claim.

Plaintiff's claims against Defendant Wayne Easley, who the Court substituted for Defendant Stovall, may proceed, insofar as they are against Defendant Easley in his official capacity.

Finally, Plaintiff's other claims—as against Defendants Keith Moore, Daniel Hines, Jeffie Walker, Ms. Miller, Mr. Adam, Ms. Lisa, and Mr. King—shall proceed.[1]

**IT IS SO ORDERED**, this 15th day of May, 2023.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge

---

[1] The Court notes, as Judge Bryant did, that Plaintiff has already served Defendant Moore, and Defendants Ms. Lisa and Mr. King have waived service by filing an answer. ECF No. 38, at 9.