IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

JEROME EDWARD WASHINGTON                                                          PLAINTIFF

v.                              Case No. 4:22-cv-04040

CORPORAL DANIEL HINES; KEITH
MOORE; WARDEN JEFFIE WALKER;
JOHN OR JANE DOE; MS. MILLER;
MR. ADAMS; MS. LISA; MR. KING;
and WAYNE EASLEY                                                                  DEFENDANTS

## ORDER

Before the Court is a Report and Recommendation issued by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 56. Judge Bryant recommends that Defendants' Joint Motion for Summary Judgment (ECF No. 45) be granted and Plaintiff's Third Amended Complaint (ECF No. 30) be dismissed without prejudice for failure to exhaust administrative remedies.

Plaintiff has not filed an objection to the Report and Recommendation, and the time to do so has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, finding that there is no clear error on the face of the record and that Judge Bryant's reasoning is sound, the Court adopts the Report and Recommendation (ECF No. 56) *in toto*. Defendants' Joint Motion for Summary Judgment (ECF No. 45) is hereby **GRANTED** and Plaintiff's Third Amended Complaint (ECF No. 30) is hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 19th day of January, 2024.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge